UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-60100-CR-WILLIAMS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

KEVIN A. MCCALL,
        Defendant.
                                  /

**NOTICE OF APPEAL**

Notice is hereby given that Kevin A. McCall, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 2nd day of September, 2021.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

By:   *s/Daryl E. Wilcox*
       Daryl E. Wilcox
       Assistant Federal Public Defender
       Florida Bar No. 838845
       One E. Broward Boulevard, Suite 1100
       Fort Lauderdale, Florida 33301-1842
       (954) 356-7436
       E-Mail: Daryl_Wilcox@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/****Daryl E. Wilcox****
　　　Daryl E. Wilcox